USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSA ABREU,

                                    Petitioner,            09 Civ. 10276 (RPP)
                                                           06 Cr. 102 (RPP)

        - against-                                         **ORDER**

UNITED STATES OF AMERICA,

                                    Respondent.
------------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

        Petitioner Rosa Abreu has made an application for a Certificate of Appealability

filed August 25, 2010.  Petitioner's claims relate to sentencing guideline computations

which were advisory to the Court at the time of her sentence.  Her sentence was

determined by application of the considerations set forth in 18 U.S.C. § 3553a (1) and (2)

and was below the maximum sentence under the applicable law.

        Accordingly, because Petitioner has not made a substantial showing of the denial

of a constitutional right by the opinion and order of the Court filed June 15, 2010 denying

her petition pursuant to 28 U.S.C. 2255 or by the Court's order dated July 30, 2010

denying reconsideration of the Court's denial of the petition, a Certificate of

Appealability will not issue.  28 U.S.C. § 2253(c)(2); Lucidore v. New York States Div.

of Parole, 209 F.3d 107, 111-113 (2d Cir. 2000); Soto v. United States, 185 F.3d 48, 51-

53 (2d Cir. 1997).  Finally, pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that

any appeal from this order would not be taken in good faith.  See Coppedge v. United

States, 369 U.S. 438, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

IT IS SO ORDERED.

Dated:  New York, New York
        October 6, 2010

                                        _____
                                        Robert P. Patterson, Jr.
                                        U.S.D.J.

**Copies of this Order have been sent to:**

*The Plaintiff:*

Rosa Abreu
Reg. #58511-054, Range A/3
Federal Prison Camp – Alderson
P.O. Box "A," Glenray Road
Alderson, WV   24910

*Counsel for Defendant:*

Andrew S. Dember/ Arlo Devlin-Brown
Assistant United States Attorney
One Saint Andrew's Plaza
New York, NY   10007
Fax:  212-637-0097